IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TONY M. HOWARD**     **PLAINTIFF**

v.     **CAUSE NO. 1:19-cv-543-LG-RPM**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of service of process on the remaining defendants.

**SO ORDERED AND ADJUDGED** this the 17th day of August, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE